1  Please see signature page for complete list of parties
   represented.
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  BETTER FOOD CHOICES, LLC,

13              Plaintiff,              Civil Action No. 3:15-cv-00198-WHA

14       v.                            **STIPULATED REQUEST FOR ORDER
                                       STAYING CASE PENDING RESOLUTION
15  AMAZON.COM, INC., APPLE, INC. and  OF PETITION FOR COVERED BUSINESS
    GOOGLE, INC.,                      METHOD REVIEW BY USPTO**
16
                Defendant.
17

18       Plaintiff Better Food Choices, LLC ("Plaintiff") and Defendants Amazon.com, Inc.

19  ("Amazon"), Apple Inc. ("Apple"), and Google Inc. ("Google," collectively "Defendants," and

20  together with Plaintiff, "the Parties") hereby jointly request an order staying this case pending

21  resolution by the U.S. Patent and Trademark Office of the Petition for Covered Business Method

22  Review of U.S. Patent No. 5,841,115 (the "'115 patent") filed by Google, which asks the Patent

23  Office to decide all claims of the sole patent-in-suit are unpatentable and invalid.

24       In support of their stipulated request, the Parties state as follows:

25       1.       On February 4, 2015, Google filed a Petition requesting that the Patent Trial and

26  Appeal Board ("PTAB") review the patentability of the '115 patent under the Transitional

27  Program for Covered Business Method Patents (CBM) established by Section 18 of the Leahy-

28  Smith America Invents Act ("AIA").

2.     Section 18(b)(1) of the AIA provides:

If a party seeks a stay of a civil action alleging infringement of a patent under Section 281 of title 35, United States Code, relating to a transitional proceeding for that patent, the court shall decide whether to enter a stay based on—

(A)     whether a stay, or the denial thereof, will simplify the issues in question and streamline the trial;

(B      whether discovery is complete and whether a trial date has been set;

(C)     whether a stay, or the denial thereof, would unduly prejudice the nonmoving party or present a clear tactical advantage for the moving party; and

(D)     whether a stay, or the denial thereof, will reduce the burden of litigation on the parties and on the court.

3.     Under this and other CBM provisions in the AIA, the PTAB has authority to invalidate claims in a patent, including because they are unpatentable subject matter under 35 U.S.C. § 101 and/or invalid under § 112.

4.     Google's CBM Petition challenges the validity of all claims of the '115 patent, which is the only patent at issue in this action.  Accordingly, the CBMR Petition has the potential to resolve this case in its entirety.

5.     Although Amazon, Apple, and Plaintiff did not participate in the process of drafting or approving the CBM Petition or contribute to its funding, any decision that the '115 patent is invalid in its entirety would simplify, if not eliminate, all issues in question, and reduce the burden of litigation on the Parties and on the Court.

6.     This case is still at the pleading stage; discovery has not begun; and no trial date has been set.

7.     The requested stay would not prejudice any Party or present a tactical advantage to any Party, in part because the patent is expired and no injunction is available.  The Parties thus agree to file this stipulated request.

8.     The Parties believe that a stay of this action pursuant to Section 18(b)(1) of the AIA is desirable and appropriate.

Accordingly, the Parties hereby request a stay of this action until the Parties notify the Court within fifteen days after the date that the CBMR Petition reaches a final disposition.  The

1   Parties agree that the date of a final disposition will be (a) the day on which the PTAB issues a

2   decision that disposes of the CBMR Petition, (b) the day on which any applicable period for

3   appeal from such a decision expires, or (c) the day on which final judgment issues in any appeal

4   taken from such a decision, whichever occurs later.

5   DATED:  February 13, 2015                           **HUNTSMAN LAW GROUP, PLLC**

6

7                                                       By: _____ */s/ Robert A. Huntsman* _____
                                                        Robert A. Huntsman (Idaho Bar No. 5345)
8                                                       (*Admitted Pro Hac Vice*)
                                                        bobh@huntsmanlg.com
9                                                       HUNTSMAN LAW GROUP, PLLC
                                                        10400 W. Overland Road, #174
10                                                      Boise, ID 83709
                                                        Telephone: (208) 860-4379
11
                                                        Susan Tagliere (Cal. Bar. No. 286849)
12                                                      stagliere@llcllp.com
                                                        LOMBARDI, LOPER & CONANT
13                                                      Lake Merritt Plaza
                                                        1999 Harrison Street, 26th Floor
14                                                      Oakland, CA 94612
                                                        Telephone: (510) 433-2600
15                                                      Facsimile:  (510) 433-2699

16                                                      *Attorneys for Plaintiff*
                                                        *Better Food Choices, LLC.*
17
                                                        **HOGAN LOVELLS US LLP**
18

19                                                      By: _____ */s/ Clayton C. James* _____
                                                        Clayton C. James (Cal. Bar No. 287800)
20                                                      clay.james@hoganlovells.com
                                                        Srecko Vidmar (Cal. Bar No. 241120)
21                                                      lucky.vidmar@hoganlovells.com
                                                        C. Matthew Rozier
22                                                      matt.rozier@hoganlovells.com
                                                        Aaron S. Oakley (pro hac vice)
23                                                      aaron.oakley@hoganlovells.com
                                                        HOGAN LOVELLS US LLP
24                                                      Three Embarcadero Center, Suite 1500
                                                        San Francisco, California 94111
25                                                      Telephone: (415) 374-2300
                                                        Facsimile: (415) 374-2499
26
                                                        *Attorneys for Defendant*
27                                                      *Apple Inc.*

28

STIPULATED REQUEST FOR ORDER
                          STAYING CASE
                          CASE NO. 3:15-CV-00198-WHA

1

**KLARQUIST SPARKMAN, LLP**

2

By: ___/s/ Robert T. Cruzen___

3

    Robert T. Cruzen (Cal. Bar No. 203658)
    rob.cruzen@klarquist.com

4

    KLARQUIST SPARKMAN, LLP
    121 S.W. Salmon Street, Suite 1600

5

    Portland, OR 97204
    Telephone: (503) 595-5300

6

    Facsimile: (503) 595-5301

7

*Attorneys for Defendant*
*Amazon, Inc.*

8

**PERKINS COIE LLP**

9

10

By: ___/s/ Victoria Q. Smith___

    James F. Valentine Bar No. 149269

11

    JValentine@perkinscoie.com
    Victoria Q. Smith, Bar No. 236045

12

    VSmith@perkinscoie.com
    PERKINS COIE LLP

13

    3150 Porter Drive
    Palo Alto, CA 94304-1212

14

    Telephone: 650.838.4300
    Facsimile: 650.838.4350

15

    Ryan J. McBrayer, Bar No. 28338
    *(Admitted Pro Hac Vice)*

16

    RMcBrayer@perkinscoie.com
    Jonathan R. Putman, Bar No. 47517

17

    *(Admitted Pro Hac Vice)*
    JPutman@perkinscoie.com

18

    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900

19

    Seattle, Washington 98101
    Telephone: 206.359.8000

20

    Facsimile: 206.359.9000

21

*Attorneys for Defendant*
*Google Inc.*

22

23

24

25

26

27

28

-4-  STIPULATED REQUEST FOR ORDER
STAYING CASE
CASE NO. 3:15-CV-00198-WHA

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12    BETTER FOOD CHOICES, LLC,

13                Plaintiff,              Civil Action No. 3:15-cv-00198-WHA

14          v.                            **[PROPOSED] ORDER STAYING CASE
                                          PENDING RESOLUTION OF PETITION**
15    AMAZON.COM, INC., APPLE, INC. and   **FOR COVERED BUSINESS METHOD**
      GOOGLE, INC.,
16
                Defendant.
17

18

19        PURSUANT TO STIPULATION, IT IS SO ORDERED.

20    Dated:
                                          _____
21                                            District Judge William Alsup

22

23

24

25

26

27

28