UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER FOOD CHOICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM INC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00198-HSG<br><br>**ORDER STAYING CASE**<br><br>Re: Dkt. No. 145 |

　　On February 13, 2015, the parties filed a stipulation requesting this Court stay the above-captioned action pending resolution of Google's Petition for Covered Business Method Review of U.S. Patent No. 5,841,115. Dkt. No. 145. The Court has considered the parties' request and **STAYS** this action.

　　The parties shall notify the Court within fifteen days of the Patent Trial and Appeal Board's decision disposing of Google's Petition. In that submission, the parties shall advise the Court on their position regarding whether the stay should continue in light of the Board's action.

　　**IT IS SO ORDERED.**

Dated:  2/25/2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge