UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTER FOOD CHOICES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., APPLE, INC. and GOOGLE, INC.,<br><br>        Defendant. | Civil Action No. 3:15-cv-00198-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to this stipulation, all claims in the action are DISMISSED with prejudice with each party to bear its own costs and fees.

SO ORDERED.

Dated: August 29, 2016

_____
District Judge Haywood S. Gilliam, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2016, a true and correct copy of the foregoing was served on all interested parties via electronic mail pursuant to Civil Local Rule 5-1(h).

>                     */s/ Victoria Q. Smith*
>                          Victoria Q. Smith